IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 JUN 15 AM 10: 43

CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO: CR314-2 |
| | ) | |
| CHRISTOHER DERRICK DUTY | ) | |

## ORDER

The defendant, Christopher Derrick Duty, was sentenced on April 21, 2015 and is in custody of the Bureau of Prisons.

Surety, Nashandea Duty, has requested the return of the $1,500.00 cash security posted on the defendant's $15,000.00 bond.

IT IS HEREBY ORDERED that the cash collateral in the amount of $1,500.00 posted by Nashandea Duty for this defendant, plus all accrued interest thereon, be returned to: Nashandea Duty at 318 Tattnall Lake Ct., Dublin, GA 31021.

This 15th day of _____ June _____, 2015 at Augusta, Georgia.

HONORABLE DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA